IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRELL DURHAM (2018-1005111), | ) |
| Plaintiff, | ) Case No. 2019 CV 3045 |
| v. | ) Judge Sara L. Ellis |
| A.B. COTTON, also known as ALEXIS B. COTTON, and K.P. KNABJIAN, also known as KEVIN P. KNABJIAN, | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

/s/ Bernard Weiler
Bernard Weiler
Attorney for Plaintiff, Terrell Durham
Mickey, Wilson, Weiler, Renzi,
Lenert & Julien, P.C.
140 S. Municipal Drive
Sugar Grove, Illinois 60554
(630) 801-9669, Ext. 103
Attorney No. 3128608
DATE: 12/31/19

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

MARK A. FLESSNER
Corporation Counsel
Attorney for city of Chicago

BY: /s/ Caroline Fronczak
Caroline Fronczak
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: _____

/s/ Nathan Shine
Nathan Shine
Assistant Corporation Counsel III
Attorney for defendants,
Alexis Cotton and Kevin Knabjian
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4030
Attorney No. 6316753
DATE: 1-6-2020

2